No. 601. BRAND v. UNITED STATES. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Meyer Kraushaar* for petitioner. *Solicitor General Reed, Assistant Attorney General Keenan,* and *Mr. W. Marvin Smith* for the United States.

No. 603. KLINE, RECEIVER, v. GENERAL MOTORS ACCEPTANCE CORP. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Eimon L. Wienir* for petitioner. *Mr. Seth W. Richardson* for respondent.

No. 607. GENERAL MOTORS CORP. v. PREFERRED ELECTRIC & WIRE CORP. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Drury W. Cooper* for petitioner. *Mr. Theodore S. Kenyon* for respondent.

No. 614. OUACHITA NATIONAL BANK v. HAMBURG BANK ET AL. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. F. G. Hudson, Jr.,* for petitioner. *Mr. J. A. Tellier* for respondents.

No. 615. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC R. Co. v. GOLDHAMMER. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. R. W. Root, A. C. Erdall,* and *C. S. Jefferson* for petitioner. *Mr. Walter H. Newton* for respondent.